IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00309-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLAYTON CATLIN,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
AUG 2 4 2007
GREGORY C. LANGHAM
CLERK

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
(Docket No. 3)

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce CLAYTON CATLIN, D.O.B. 1973, DOC No. 80048, before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 24TH day of August, 2007.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    UNITED STATES DISTRICT COURT
                                    DISTRICT OF COLORADO
                                    MICHAEL J. WATANABE
                                    U.S. MAGISTRATE JUDGE
                                    DISTRICT OF COLORADO