UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00309-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CLAYTON CATLIN,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Tuesday, November 13, 2007,** and responses to these motions shall be filed by **Friday, November 23 , 2007.**  It is

    FURTHER ORDERED that a hearing on all pending motions will be set at a later date if necessary**.**  It is

    FURTHER ORDERED that a 4-day jury trial is set for **Monday, December 10, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated:  October 23, 2007

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge