IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00309-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. CLAYTON CATLIN,

        Defendant.

---

ORDER DISMISSING COUNTS 5, 6 AND 7 OF THE INDICTMENT AS THEY RELATE TO DEFENDANT CATLIN ONLY

---

Upon consideration of the Government's Motion to Dismiss the Indictment as it Relates to Defendant CATLIN Only, and for good cause shown, it is hereby

ORDERED that Counts 5, 6 and 7 of the Indictment are dismissed as they relate to this defendant only.

DATED this 13th day of March, 2008.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL,
                      UNITED STATES DISTRICT JUDGE