IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00309-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CLAYTON CATLIN,

    Defendant.

---

ORDER FOR ACCEPTANCE OF RESPONSIBILITY

---

Upon consideration of the Government's Motion for Acceptance of Responsibility, and for good cause shown, it is hereby

ORDERED that the Defendant's offense level be decreased by an additional point pursuant to U.S.S.G. §3E1.1(b).

Dated this <u>13th</u> day of March, 2008.

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL,
                          UNITED STATES DISTRICT JUDGE